PROB 12B
(7/93)

**UNITED STATES DISTRICT COURT**
**for the**
**DISTRICT OF RHODE ISLAND**

**Request for Modifying the Conditions or Term of Supervision**
**with Consent of the Offender**
***(Probation Form 49, Waiver of Hearing, is Attached)***

Name of Offender: Roberto Maceo Case Number: 1:87 CR00065-01ML

Name of Sentencing Judicial Officer: Honorable Francis Boyle

Assigned Judicial Officer: Honorable Mary M. Lisi

Date of Original Sentence: 03/25/1988

Original Offense: Distribution of Cocaine/Possession with Intent to Distribute Cocaine

Original Sentence: Fifteen years imprisonment with ten years supervised release

Type of Supervision: Supervised Release Date Supervision Commenced: 12/16/1996

**PETITIONING THE COURT**

To modify the conditions of supervision as follows:

The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

**CAUSE**

On September 6, 2005, Maceo reported to the US Probation Office in the Western District of Louisiana, Lake Charles and submitted to random urinalysis testing. Maceo's sample tested positive for Cocaine and Amphetamine.

Respectfully submitted:

KIMBERLY H. MYERS
U.S. Probation Officer
Date: September 7, 2005

Reviewed and approved:

CHRISTOPHER BAUDIN,
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

[ ] No Action
[✓] The Modification of Conditions as Noted Above
[ ] Other

Mary M. Lisi
U.S. District Judge

9/26/05
Date

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.**

Witness: [signature] Signed: [signature]

Date: September 9, 2005