PROB12C
(12/02)

# United States District Court
**for**
## The District of Rhode Island

## Petition for Warrant for Offender Under Supervision

**Name of Offender:** Roberto Maceo **Case Number:** 1:87-CR-065-01ML

**Name of Sentencing Judicial Officer:** Honorable Francis Boyle

**Assigned Judicial Officer:** Honorable Mary M. Lisi

**Date of Original Sentence:** March 25, 1988

**Original Offense:** Distribution of Cocaine/Possession with Intent to Distribute Cocaine

**Original Sentence:** Fifteen years imprisonment with ten years supervised release.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** December 16, 1996

**Assistant U.S. Attorney:** Stephen G. Dambruch **Defense Attorney:** Kevin J. Fitzgerald

**DEFENDANT HAS PREVIOUS VIOLATION OFFENSE(S)**

**Date of Violation Sentence:** March 29, 2005

**Violation Offense(s):** Failure to immediately notify the probation officer of any change in address.

**Violation Sentence:** Time served (45 days), three years supervised release with a special condition that the defendant be placed in a community confinement center for not more than ninety days.

**Date Supervision Recommenced:** 03/29/2005

---

**PETITIONING THE COURT**

☒ To issue a **Warrant**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Condition Violated | Nature of Noncompliance |
|---|---|
| Condition # 2 | **"The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."** |

The defendant did not submit a written report within the first five days of December 2005. As of this date, no report for the month of December has been received.

**Condition # 3**

**"The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer."**

On December 14, 2005, U.S. Probation Officer Kimberly H, Myers, Western District of Louisiana, conducted a home visit with the defendant and they agreed to meet at the U.S. Probation Office on December 15, 2005, at 12:30. The defendant failed to report as directed.

**Special Condition**

**"The defendant shall participate in a program of substance abuse treatment and testing as directed by the probation officer, until such time as the defendant is released from the program by the probation officer."**

On September 17, 2005, the defendant was referred for intensive inpatient substance abuse treatment and was instructed to schedule one session per week. The defendant has not attended a session since November 9, 2005, and has not been released from treatment.

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that the Court issue a Warrant so that the defendant can appear and answer to the alleged violations.

Reviewed and Approved by:

Maureen Bradley

Maureen Bradley
Supervising U.S. Probation Officer

Date: 12/30/05

I declare under the penalty of perjury that the foregoing is true and correct:

Brian Pletcher

Brian Pletcher
Senior U.S. Probation Officer

Date: 12/30/05

## The Court Orders

- ☐ No Action
- ☑ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Other

Mary M. Lisi

Honorable Mary M. Lisi
U.S. District Judge

January 3, 2006
Date