854839

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

ROBERTO MACEO

**WARRANT FOR ARREST**

CASE NUMBER: 1:87-CR-065-01ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ROBERTO MACEO
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☒ Probation Violation Petition

charging him or her with (brief description of offense)

Violation of Supervised Release

in violation of Title 18 United States Code, Section(s) 3583(d) Violation of Supervised Release

Barbara L. Barletta
Name of Issuing Officer

Barbara Barletta
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

January 3, 2006 at Providence, RI
Date and Location

Bail fixed at $ ____________ by ____________
Name of Judicial Officer

RETURN

at Highway 14, Lake Charles, LA by USMS

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 01/03/2006 | Charles Wyant | C Wyant |
| DATE OF ARREST 02/13/2006 | SDUSM | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.