**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

Date: February 16, 2006
Present: **Magistrate Judge Alonzo P. Wilson**
Minute Clerk: **Tina Benoit**
Court Reporter: FTR Digital Recording

Court Opened: 1:59 P.M.
Court Adjourned: 2:07 P.M.
Total time in Court: 8 minutes

**MINUTES OF COURT for INITIAL APPEARANCE**

| | **Check those that apply:** |
|---|---|
| Case Number: | _X_ Defendant in custody |
| Magistrate Number: 06MJ2009-001 | ____ Conditions of Release Signed (AO199) |
| USA Attorney: Stephanie Finley | ____ Bond set at $ |
| Defendant: **ROBERTO MACEO** | ____ Appearance bond signed (AO98) |
| Defendant's Attorney: Joseph R. Streva, Jr. | ____ Bond not made, remanded to custody |
| (X)CJA ( )FPD ( ) Retained ( ) Waived | ____ Failed to Appear |
| Interpreter: | ____ Agent Testified, ____________ |

**************************************************************************************

_X_ Case called for INITIAL APPEARANCE on Petition for Revocation out of the District of Rhode Island
_X_ Defendant advised of charge(s), maximum penalty, and rights
_X_ **Identity Hearing** (X)Waived ( )Held ( ) Set For __________
_X_ **Preliminary Examination** (X)Waived but reserved right to request hearing in charging district
_X_ **Detention Hearing** (X)Waived but reserved right to request hearing in charging district
____ Detention Hearing called for by ( ) Government ( )Defense ( )Court ( )Waived
____ Order of Temporary Detention Pending Hearing Pursuant to Bail Reform Act signed (AO470)
____ Order of Temporary Detention to Permit Revocation of Conditional Release or Deportation signed(AO471)
____ Order of Detention Pending Trial signed (AO472)
_X_ Waiver of Rule 32.1 hearings
____ **Removal Hearing** ( ) Held ( ) Set For __________
_X_ Commitment to Another District signed and directed to U.S. Marshal under Rule 40 (AO940)
____ **Arraignment** ( )Held ( )Set For
____ Case called for ARRAIGNMENT on ___COMPLAINT ___ BILL OF INFO. ___INDICTMENT
 ____ Bill of Information filed __________
 ____ Waiver of Indictment Signed (AO455)
 ____ Indictment ( ) Read ( )Reading Waived
 ____ Plea of Not Guilty to
  ____ Days allowed to file defense motions
  ____ Days thereafter allowed for USA to file responses and motions
  ____ **Trial** set for before the **Judge**
____ Interpreter sworn and written oath signed
____ Case called for OTHER____________
_X_ Defendant's Attorney: Joseph R. Streva, Jr.
 Address: 102 Versailles Blvd., Ste. 816, Lafayette, LA 70501
 Telephone no.: (337) 262-6336

ATTEST A TRUE COPY
ROBERT H. SHEMWELL, CLERK
USDC, WESTERN DISTRICT OF LA.
BY Tina S Benoit
DATE 2-17-06

AO 466 (Rev. 10/03) Waiver of Rule 32.1 Hearings

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

ROBERTO MACEO

Defendant

## WAIVER OF RULE 32.1 HEARINGS

(Probation/Supervised Release Violation)

CASE NUMBER: 2:06MJ2009-001

CHARGING DISTRICTS CASE NUMBER: 1:87-CR-065-01ML

I understand that charges are pending in the ______________ District of RHODE ISLAND alleging violation of Supervised Release (Probation / Supervised Release) and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

**(1)** **retain counsel or request the assignment of counsel if I am unable to retain counsel;**

**(2)** **an identity hearing to determine whether I am the person named in the charges;**

**(3)** **a preliminary hearing (but only if I will be kept in custody, and the hearing will only be held in this district if the alleged violation occurred her) to determine whether there is probable cause to believe a violation occurred; and**

**(4)** **a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.**

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(X) **identity hearing**

( ) ***preliminary hearing***

(X) **identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.**

[signature]
*Defendant*

2/16/06
*Date*

[signature]
*Defense Counsel*

ATTEST A TRUE COPY
ROBERT H. SHEMWELL, CLERK
USDC WESTERN DISTRICT OF LA
BY [signature]
DATE 2-17-06

RECEIVED
IN LAKE CHARLES, LA
FEB 1 6 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:06MJ2009-001<br>D.of R.I. 1:87 CR 065-01ML |
| V. | : | JUDGE MINALDI |
| ROBERTO MACEO | : | MAGISTRATE JUDGE WILSON |

**RULE 32.1 ORDER**

A petition for revocation of supervised release and a warrant of arrest (charging document) having been filed in the District of Rhode Island charging the above named defendant with violating the conditions of supervised release; and the defendant having been arrested in the Western District of Louisiana; proceedings to commit defendant to another district were held in accordance with Fed.R.Cr.P. 32.1. The defendant had an initial appearance here in accordance with Fed.R.Cr.P. 32.1(a). Additionally, defendant:

- ☐ Was given an identity hearing and found to be the person named in the aforementioned charging document.
- ☑ Waived an identity hearing and admitted that he/she was the person named in the aforementioned charging document. Accordingly, the court finds that he/she is the person named in the warrant.
- ☐ Was advised that he/she was not entitled to a preliminary hearing in this district since the alleged violations did not occur in this district.
- ☐ Was given a preliminary hearing in this district in accordance with F.R.Cr.P. 32.1 and it was determined that there is probable cause to hold defendant for a revocation hearing.
- ☑ Knowingly, competently, and voluntarily waived a preliminary hearing in this district.
- ☑ Copies of the judgment, the warrant, and the application for the warrant having been produced by facsimile transmission.

ATTEST A TRUE COPY
ROBERT H. SHEMWELL, CLERK
USDC, WESTERN DISTRICT OF LA
BY Dina S. Benoit
DATE 2-17-06

☐ Defendant waived the production of certified copies of the judgment, the warrant, and the application for the warrant.

☑ Knowingly, competently, and voluntarily waived a detention hearing in this district and reserved his/her right to a detention hearing in the charging district.

☐ Was given a detention hearing in this district.

Accordingly, it is ordered that the defendant is held to answer in the prosecuting district.

☑ Defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq. and the U.S. Marshal is commanded to take custody of the above named defendant and to transport the defendant with a certified copy of this order forthwith to the prosecuting district specified above and there deliver the defendant to the U.S. Marshal for that district or to some other officer authorized to receive the defendant, all proceedings required by Fed.R.Cr.P. 40 having been completed.

☐ Defendant has been released in accordance with the provisions of the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq.and F.R.Cr.P. 46(c) The defendant is to appear before the district court of the prosecuting district at such times and places as may be ordered. All funds, if any, deposited on behalf of this defendant, with the Clerk of Court, pursuant to the Bail Reform Act, shall be transferred to the prosecuting district.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 16th day of February, 2006.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

WESTERN District of LOUISIANA

UNITED STATES OF AMERICA
V.
**ROBERTO MACEO**

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 1:87-CR-065-01ML | 2:06MJ2009-001 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

Indictment Information Complaint Other (specify) XArrest Warrant

**charging a violation of** **U.S.C. §**

**DISTRICT OF OFFENSE**
DISTRICT OF RHODE ISLAND

**DESCRIPTION OF CHARGES:**

Violation of supervised release

**CURRENT BOND STATUS:**

- ☐ Bail fixed at and conditions were not met
- ☐ Government moved for detention and defendant detained after hearing in District of Arrest
- ☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
- ☐ Other (specify)

**Representation:** ☐ Retained Own Counsel X Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter Required?** X No Yes Language:

**DISTRICT OF** LOUISIANA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

2/16/06
Date

United States Judge or Magistrate Judge

**RETURN**

**This commitment was received and executed as follows:**

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

ATTEST A TRUE COPY
ROBERT H. SHEMWELL, CLERK
USDC, WESTERN DISTRICT OF LA.
BY
DATE 2-17-06