AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

USA

v.

Roberto Macco

**APPEARANCE**

Case Number: CR 87-65-01ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Roberto Macco

I certify that I am admitted to practice in this court.

2-27-06

Date

[signature]

Signature

Print Name | Bar Number 5785

10 Weybossett Street, Suite 300

Address

Providence | RI | 02903

City | State | Zip Code

(401) 528-4281 | (401) 528-4285

Phone Number | Fax Number